# EXHIBIT FOUR

```
 1     IN RE:   PEOPLE VS. ALONZO MOSLEY

 2                    GJ# DEC 172

 3                    10 CR 16

 4                    Arr. Date 1-11-10

 5

 6
          BEFORE THE GRAND JURY OF COOK COUNTY
 7
                    DECEMBER 2009
 8
       REPORT OF GRAND JURY PROCEEDINGS
 9     on the 21st day of December, 2009, at the
       Cook County Criminal Courts Building, 2650
10     South California Avenue, Chicago, Illinois
       60608.
11

12

13     PRESENT:
       HONORABLE ANITA ALVAREZ,
14     State's Attorney of Cook County, Illinois, by:
       MS. MARY PAT DEVEREUX:
15     appeared on behalf of the People
       of the State of Illinois
16

17

18     WITNESS:

19
       DETECTIVE M. ADAMS
20

21
       REPORTED BY:
22     DAWN M. LOMBARDO
       CERTIFIED SHORTHAND REPORTER
23     2650 SOUTH CALIFORNIA AVENUE
       CHICAGO, ILLINOIS 60608
24     ILLINOIS CSR LICENSE NO. 084-001879
```

```
 1                    (Witness sworn.)
 2        MS. DEVEREUX:  This is Grand Jury No. December 172.
 3   We're seeking a True Bill against Alonzo Mosley on charges
 4   of aggravated battery of a peace officer.
 5              The Grand Jury does have the right to
 6   subpoena and question any person against whom the State's
 7   Attorney is seeking a Bill of Indictment, or any other
 8   person, and to obtain and examine any documents or
 9   transcripts relevant to the matter being prosecuted by the
10   State's Attorney.
11              We'd call Detective Adams.
12                    DETECTIVE M. ADAMS,
13    called as a witness herein, having been first duly sworn,
14    was examined and testified as follows:
15                         EXAMINATION
16                       BY: MS. DEVEREUX:
17       Q.   Detective, could you please state your full
18   name, spell your last name, tell us your star number, and
19   where you are assigned.
20       A.   Detective Michael Adams, A-d-a-m-s, Star
21   No.  20737.  I'm assigned to Area 1 Violent Crimes.
22       Q.   Are you employed by the Chicago Police
23   Department?
24       A.   Yes, I am.
```

1  Q. Detective, have you previously been sworn?

2  A. Yes, I have.

3  Q. Were you assigned to help investigate a case of aggravated battery of a peace officer which occurred on December 5th, 2009, at about 11:20 or so in the morning in the area of 5510 South Damen, Chicago, Cook County, Illinois?

8  A. Yes.

9  Q. Did you have an opportunity to speak with Edward Legenza?

11 A. Yes.

12 Q. Did your investigation reveal that Edward Legenza was a peace officer employed by the City of Chicago Police Department?

15 A. Yes.

16 Q. Did you learn that on that morning he was in full uniform and acting in his -- in the execution of his official duties as a peace officer?

19 A. Yes.

20 Q. Did you learn that he and other police officers had gone to the area of 5510 South Damen, a public alley within the City of Chicago, and encountered Alonzo Mosley?

23 A. Yes.

24 Q. Did your investigation reveal that

3

1  Officer Legenza identified himself as a Chicago police
2  officer and approached Alonzo Mosley for a field
3  interview?
4      A.  Yes.
5      Q.  Did your investigation reveal that as Officer
6  Legenza approached, Alonzo Mosley reached into his
7  waistband and refused to obey a verbal direction to take
8  his hands out?
9      A.  Yes.
10     Q.  Did your investigation reveal that the officers,
11 fearing for their safety, attempted to physically remove
12 Alonzo Mosley's hands from his waistband?
13     A.  Yes.
14     Q.  Did a struggle ensue?
15     A.  Yes, it did.
16     Q.  During the course of the struggle, did Alonzo
17 Mosley flail his arms about and strike Officer Legenza
18 knocking him to the ground?
19     A.  Yes.
20     Q.  Did your investigation reveal that Alonzo Mosley
21 also bit Officer Legenza on the right hand?
22     A.  Yes.
23     Q.  Did Officer Legenza suffer bodily harm as a
24 result of being struck and bit by Alonzo Mosley?

1  A. Yes, he did.

2  Q. Did you have an opportunity to speak with Alonzo
3  Mosley?

4  A. Yes.

5  Q. Did you advise him of his constitutional rights;
6  did he knowingly waive those rights; and did he freely and
7  voluntarily agree to make a statement?

8  A. Yes.

9  Q. Did he state, in summary, that he did bite the
10 officer, but that the officer hurt his hand when he fell
11 on the ground?

12 A. Yes.

13 MS. DEVEREUX: Thank you very much. I have no
14 further questions.

15 THE FOREMAN: Any questions?

16                 (No response.)

17                 (Witness excused.)

18                 (Whereupon, the Grand Jury was left
                   alone to deliberate after which the
19                 following proceedings were had:)

20 THE FOREMAN: True Bill.

21                 (Whereupon, the above-entitled cause
                   was continued for arraignment before
22                 the Presiding Judge of the Criminal
                   Division.)

23

24

```
1   STATE OF ILLINOIS)
                     ) SS:
2   COUNTY OF C O O K)
```

7   I, DAWN M. LOMBARDO a licensed Shorthand

8   Court Reporter in the State of Illinois, do hereby certify

9   that I reported in shorthand the hearing of the

10  aforementioned cause before the Grand Jury of Cook County,

11  Illinois; that I thereafter caused the foregoing to be

12  transcribed into typewriting, which I hereby certify to be

13  a true and accurate transcript of the proceedings had.

_____
DAWN M. LOMBARDO
Certified Shorthand Reporter
License No. 084-001879