# EXHIBIT FIVE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-CRIMINAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| ALONZO MOSLEY, | ) No. 10 CR 016 |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS INDICTMENT

Defendant, ALONZO MOSLEY, through his attorney, Sheldon B. Nagelberg, moves, pursuant to 725 ILCS 5/114-1 to dismiss the indictment on the following grounds:

1. On January 11, 2010 Chicago Police Detective M. Adams, Star 20737, the sole witness testifying before the Grand Jury which returned a true bill in this cause which charged the defendant with the commission of an aggravated battery against a police officer by biting the said officer, testified that the defendant, after being advised of his rights per <u>Miranda</u>, admitted "that he did bite the officer, but that the officer hurt his hand when he fell on the ground" Page 5, <u>Grand Jury Transcript</u>.

2. However, on December 5, 2009, Detective Adams authors a General Progress Report (GPR) wherein he states in his own handwriting that upon his post-arrest interrogation of the defendant the following:

> "13:40 hrs Mosley given Miranda
> " I did not bite police officer He hurt
>    his hand during struggle when he fell down"
>    Invoked right to remain silent @ 13:45 hrs.
>    Contact with Mosley ended."
>
>                           Det. Adams GPR 12/5/09 (attached).

3. The statement by Detective Adams before the Grand Jury was a

1

knowing material misstatement of fact which deprived the defendant of his constitutional right to due process of law, and was not a "formal" defect or ministerial error within the charging document.

    4. On April 18, 2011 ASA Lisa Mateck acknowledged on the record:

> "MS. MATECK: *   *   *   * I also advised Counsel that the Defendant's statement submitted from Felony Review was missing a word that does appear in the GPRs and I did make that correction with counsel.
>
> MR. NAGELBERG: That is correct.
>
> MS. MATECK: The GPRs do show the Defendant's statement in quotes"

    Page 24, Transcript from 4/18/11 <u>Motion To Suppress</u> (attached).

Respectfully submitted,

_____
SHELDON NAGELBERG
Attorney for Defendant

Sheldon B. Nagelberg No. 26085
53 West Jackson Boulevard
Suite 664
Chicago, IL. 60604
312-305-5278

2