# EXHIBIT SIX

| GENERAL PROGRESS REPORT<br>DETECTIVE DIVISION/CHICAGO POLICE | | DATE OF ORIG. CASE REPORT<br>DAY / MONTH / YEAR | DATE OF THIS REPORT<br>DAY / MONTH / YEAR / WATCH |
|---|---|---|---|
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT<br>AGG/BATT - P.O. | VICTIM'S NAME AS SHOWN ON CASE REPORT<br>LEGENZA, EDWARD | 5 / DEC / 09 | 5 / DEC / 09 / 2<br>BEAT/UNIT ASSIGNED<br>5136 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

P.O. LEGENZA / P.O. LOONEY BEAT 761 C
UNMARKED SQUAD CAR / IN FULL UNIFORM

P.O. LEGENZA OPERATING SQUAD CAR

13:40 HRS MOSLEY GIVEN MIRANDA
"I DID NOT BITE POLICE OFFICER HE HURT HIS HAND DURING STRUGGLE WHEN ALL FELL DOWN"

INVOKED RIGHT TO REMAIN SILENT @ 13:45 HRS

CONTACT WITH MOSLEY ENDED

R.D. NO. HK 675077

REPORTING OFFICER'S SIGNATURE—STAR NO. M. Allens 20737
RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. J.W. #14
DAY-MO.-YR. TIME 09 DEC 09 1030

-23.122 (Rev. 2/83)